# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3043
_____

United States of America

*Plaintiff - Appellee*

v.

Ricardo Barbosa-Huerta

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Joplin

_____

Submitted: February 7, 2014
Filed: February 11, 2014
[Unpublished]

_____

Before WOLLMAN, MURPHY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Ricardo Barbosa-Huerta directly appeals the sentence the district court[1] imposed after he pleaded guilty to an immigration offense. Counsel moves to

_____

[1]The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.

withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence is substantively unreasonable.

Upon careful review, we conclude that Barbosa-Huerta's within-Guidelines-range sentence is not substantively unreasonable. <u>See</u> <u>Gall v. United States</u>, 552 U.S. 38, 51 (2007) (if sentence is within Guidelines range, appellate court may apply presumption of reasonableness); <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (appellate review of sentencing decision). Having independently reviewed the record in accordance with <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues. Therefore, we affirm, and we grant counsel's motion to withdraw, subject to counsel informing appellant about procedures for seeking rehearing or filing a petition for certiorari.

_____